**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Kemetha Ann S. and John Doe, Defendants,

Of whom Kemetha Ann S. is the Appellant,

In the interest of a minor child under the age of 18.

Appellate Case No. 2012-211728

Appeal From Horry County
Jan Bromell Holmes, Family Court Judge

Unpublished Opinion No. 2012-UP-660
Submitted December 3, 2012 – Filed December 11, 2012

**AFFIRMED**

Cooper C. Lynn, of Cooper Lynn Attorney at Law, LLC, of Myrtle Beach, for Appellant.

Tonia Elizabeth Medrick, of the Department of Social Services, of Conway, for Respondent.

Carolyn R. Hills, of Hills & Hills, P.C., of Myrtle Beach, for Guardian ad Litem.

**PER CURIAM:**  Kemetha Ann S. appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.